

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/08

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

STUART E. JACOBS
phone: (212) 788-0899
fax: (212) 788-9776
email: sjacobs@law.nyc.gov

# MEMO ENDORSED

May 13, 2008

*[Handwritten endorsement: Time to respond to complaint extended to July 14. Initial conference adjourned to June 13, 2008 at 2:15 pm. SO ORDERED. /s/ P. Kevin Castel 5-14-08]*

[Received stamp: MAY 14 2008 CHAMBERS OF P. KEVIN CASTEL U.S.D.J.]

BY HAND ONLY
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

Re: Mendez v. City of New York et al., 08 CV 3872 (PKC) (DF)

Dear District Judge Castel:

    I am the Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel for the City of New York assigned to the above-referenced case. I am writing with the consent of plaintiff's counsel, Jose Muniz, Esq., to respectfully request (1) that the City be granted a sixty-day enlargement of time, from May 14, 2008 to July 14, 2008, to answer or otherwise respond to the complaint, and (2) that the initial conference currently scheduled for May 30, 2008 at 10:15 a.m., be adjourned until after issue is joined. This is City's first request for an enlargement of time in this action.

    The complaint alleges, *inter alia*, that plaintiff was falsely arrested, falsely imprisoned, and subjected to malicious prosecution. In addition to the City of New York, plaintiff purports to name Detective Timothy Nolan and Sergeant Aviles as defendants.[1] Before this office can

---

[1] On information and belief, it does not appear that service of the summons and complaint in this action on the individual defendants has been completed. Without appearing on their behalf, I also respectfully request that the individually named defendants' time to answer or otherwise respond to the complaint also be extended until July 14, 2008.

adequately respond to the complaint, we will need to conduct an investigation into the facts of the case. The enlargement of time will afford us the opportunity to investigate the matter.

Moreover, the enlargement will allow us to ascertain whether the individually named Officers have been properly served. If service has been effectuated then, pursuant to Section 50-k of the New York General Municipal Law, this office must determine, based on a review of the case, whether we may represent the individually named defendants. The named defendants must each then decide whether he/she wishes to be represented by this office. If so, we must obtain his/her written authorization. Only after this procedure has been followed can we determine how to proceed in this case. See Mercurio v. The City of New York, et al., 758 F.2d 862, 854-65 (2d Cir. 1985) (quoting Williams v. City of New York, et al., 64 N.Y.2d 800, 486 N.Y.S.2d 918 (1985) (decision to represent individual defendants is made by the Corporation Counsel as set forth in state law)). In view of the foregoing, it is respectfully requested that the Court grant the within request extending the City's time to answer the complaint until July 14, 2008.

Additionally, the City respectfully requests that the initial pre-trial conference, scheduled for May 30, 2008 at 10:15 a.m., be adjourned until after issue is joined.

Thank you for your consideration in this regard.

Respectfully submitted,

Stuart E. Jacobs (SJ 8379)
Assistant Corporation Counsel
Special Federal Litigation Division

cc:   BY FAX (212) 227-0397
      Jose A. Muniz, Esq.
      Law Office of Jose A. Muniz
      277 Broadway, Suite 109
      New York, NY 10007

2