UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JIM MENDEZ,

                            Plaintiff,      **NOTICE OF APPEARANCE**

      -against-

CITY OF NEW YORK, NEW YORK CITY POLICE     08 CV 3872 (PKC)
DEPARTMENT, RAY KELLY AS COMMISSIONER OF
NEW YORK CITY POLICE DEPARTMENT,
DETECTIVE TIMOTHY NOLAN SHIELD #5159 and
SARGENT AVILES TAX ID #921940 AND JOHN DOE
OFFICERS 1-10,

                            Defendants.

------------------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that **Stuart E. Jacobs**, Assistant Corporation Counsel, on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, appears herein as counsel of record for defendant City of New York in this action.

Dated: New York, New York
       May 14, 2008

                                      MICHAEL A. CARDOZO
                                      Corporation Counsel
                                      of the City of New York
                                      Attorney for Defendant City of New York
                                      100 Church Street, Rm. 3-311
                                      New York, New York 10007
                                      (212) 788-0899

                              By:  _____
                                      Stuart E. Jacobs (SJ 8379)
                                      Assistant Corporation Counsel
                                      Special Federal Litigation Division

To:    BY ECF
        Jose A. Muniz, Esq.